UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC RYHM, Sr., | No. 2:19-cv-0215 AC P |
| Plaintiff, | |
| v. | ORDER |
| FRANK C., et al., | |
| Defendant. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, although plaintiff has provided a copy of his trust account statement, the copy is not certified, as required by statute. 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his jail trust account statement in support of his application.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE